

FILED
CLERK, U.S. DISTRICT COURT
APR 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 12-1071M
        Plaintiff,  )
  vs.  )  ORDER OF DETENTION AFTER HEARING
CARLOS JAVIER  )  [Fed.R.Crim.P. 32.1(a)(6);
ROBLES-CABRERA  )  18 U.S.C. 3143(a)]
        Defendant.  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Northern Dist. CA** for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegation of new crim. conduct while on S.R.; allegedly in US illegally; no known background info or bail resources**

```
1  _____
2  _____
3  _____
4        and/or
5  B.   ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:_____
10 _____
11 _____
12 _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:    4/30/12
18
19                                    /s/ [signature]
20                                    UNITES STATES MAGISTRATE JUDGE
```